1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A. PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:13-CR-00227 GEB

12                    Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                         [PROPOSED] FINDINGS AND ORDER

14  JOSE ENRIQUE VELARDES ZAZEUTA, *et
    al.*,
15                    Defendants.

16

17

18                         **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendants Jose

20  Enrique Velardes Zazueta, Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla

21  Pena, by and through their counsel of record, hereby stipulate as follows:

22          1.      By previous order, this matter was set for status on March 21, 2014.

23          2.      By this stipulation, defendant now moves to continue the status conference until May 30,

24  2014 and to exclude time between March 21, 2014 and May 30, 2014 under Local Code T4.  The United

25  States does not oppose this request.

26          3.      The parties agree and stipulate, and request that the Court find the following:

27                  a)      The United States has represented that the discovery associated with this case

28  includes investigative reports and wiretap applications in electronic form constituting approximately

Stipulation and Proposed Order re              1
Excludable Time

1600 pages of documents.  The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

      b)     Further, counsel for the defendants have requested that the United States prepare plea agreements for the consideration of their clients.  The United States anticipates providing those plea agreements within the next few weeks.

      c)     Counsel for defendants desire additional time to consult with their client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The United States does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 21, 2014 to May 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1    IT IS SO STIPULATED.

2    Dated:  March 19, 2014                    BENJAMIN B. WAGNER
                                              United States Attorney
3
                                               _/s/ Todd A. Pickles_____
4                                             TODD A. PICKLES
                                              Assistant United States Attorney
5

6    Dated:  March 19, 2014                    _/s/ Todd A. Pickles for_____
                                              VICTOR SHERMAN, ESQ.
7
                                              Counsel for Defendant Jose Enrique
8                                             Velardes Zazueta

9
     Dated:  March 19, 2014                    _/s/ Todd A. Pickles for_____
10                                            TIMOTHY WARRINER, ESQ.

11                                            Counsel for Defendant Francisco Parra
                                              Arrellanez
12

13   Dated:  March 19, 2014                    _/s/ Todd A. Pickles for_____
                                              DINA SANTOS, ESQ.
14
                                              Counsel for Defendant Jovany Romo
15                                            Arrellanes

16
     Dated:  March 19, 2014                    _/s/ Todd A. Pickles for_____
17                                            RICHARD DUDEK, ESQ.

18                                            Counsel for Defendant Efrain Padilla
                                              Pena
19

20

21                                   **ORDER**

22        IT IS SO FOUND AND ORDERED.

23   Dated:  March 20, 2014

24

25

26                              _____
                                GARLAND E. BURRELL, JR.
27                              Senior United States District Judge

28

     Stipulation and Proposed Order re                3
     Excludable Time