1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00227 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE ENRIQUE VELARDES ZAZEUTA, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Jose Enrique Velardes Zazueta, Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla Pena, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 30, 2014.

2. By this stipulation, defendant now moves to continue the status conference until July 11, 2014 and to exclude time between May 30, 2014 and July 11, 2014 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately

Stipulation and Proposed Order re Excludable Time

1

4000 pages of documents.  The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

      b)    Further, counsel for the defendants have requested that the United States prepare plea agreements for the consideration of their clients.  The United States anticipates providing those plea agreements within the next few weeks.

      c)    Counsel for defendants desire additional time to consult with their client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      d)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The United States does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 30, 2014 to July 11, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Proposed Order re Excludable Time

2

1  IT IS SO STIPULATED.

2  Dated: May 28, 2014                        BENJAMIN B. WAGNER
                                              United States Attorney

3
                                              */s/ Todd A. Pickles*
4                                             TODD A. PICKLES
                                              Assistant United States Attorney
5

6  Dated: May 28, 2014                        */s/ Todd A. Pickles for*
                                              VICTOR SHERMAN, ESQ.
7
                                              Counsel for Defendant Jose Enrique
8                                             Velardes Zazueta

9
   Dated: May 28, 2014                        */s/ Todd A. Pickles for*
10                                            TIMOTHY WARRINER, ESQ.

11                                            Counsel for Defendant Francisco Parra
                                              Arrellanez
12

13 Dated: May 28, 2014                        */s/ Todd A. Pickles for*
                                              DINA SANTOS, ESQ.
14
                                              Counsel for Defendant Jovany Romo
15                                            Arrellanes

16
   Dated: May 28, 2014                        */s/ Todd A. Pickles for*
17                                            RICHARD DUDEK, ESQ.

18                                            Counsel for Defendant Efrain Padilla
                                              Pena
19

20

21                                    **ORDER**

22 IT IS SO FOUND AND ORDERED.

23 Dated: May 28, 2014

24

25

26                                    _____
                                      GARLAND E. BURRELL, JR.
27                                    Senior United States District Judge

28

Stipulation and Proposed Order re                    3
Excludable Time