1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:13-CR-00227 GEB
12 |                       Plaintiff,       | STIPULATION REGARDING EXCLUDABLE
   |                                        | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |             v.                         | [PROPOSED] FINDINGS AND ORDER
14 | JOSE ENRIQUE VELARDES ZAZEUTA, *et al*.,|
15 |                       Defendants.      |
16

17

18                            **STIPULATION**

19    Plaintiff United States of America, by and through its counsel of record, and defendants Jose

20 Enrique Velardes Zazueta, Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla

21 Pena, by and through their counsel of record, hereby stipulate as follows:

22    1.    By previous order, this matter was set for status on August 22, 2014.

23    2.    By this stipulation, defendant now moves to continue the status conference until

24 September 19, 2014 and to exclude time between August 22, 2014 and September 19, 2014 under Local

25 Code T4. The United States does not oppose this request.

26    3.    The parties agree and stipulate, and request that the Court find the following:

27         a)    The United States has represented that the discovery associated with this case

28 includes investigative reports and wiretap applications in electronic form constituting approximately

   Stipulation and Proposed Order re           1
   Excludable Time

4000 pages of documents.  The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

      b)      Further, counsel for the defendants have requested that the United States prepare plea agreements for the consideration of their clients.  The United States has presented offers to Mssrs. Padilla Pena, Romo Arrellanes, and Velardes Zazueta, and anticipates providing plea agreements to Mr. Parra Arrellanez within the next week.

      c)      Counsel for defendants desire additional time to consult with their client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The United States does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2014, to September 19, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 20, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: August 20, 2014

*/s/ Todd A. Pickles for*
VICTOR SHERMAN, ESQ.

Counsel for Defendant Jose Enrique Velardes Zazueta

Dated: August 20, 2014

*/s/ Todd A. Pickles for*
TIMOTHY WARRINER, ESQ.

Counsel for Defendant Francisco Parra Arrellanez

Dated: August 20, 2014

*/s/ Todd A. Pickles for*
DINA SANTOS, ESQ.

Counsel for Defendant Jovany Romo Arrellanes

Dated: July 9, 2014

*/s/ Todd A. Pickles for*
RICHARD DUDEK, ESQ.

Counsel for Defendant Efrain Padilla Pena

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 20, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Proposed Order re Excludable Time

3