BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00227 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE ENRIQUE VELARDES ZAZEUTA, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Jose Enrique Velardes Zazueta, Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla Pena, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 14, 2014.

2. By this stipulation, defendant now moves to continue the status conference until January16, 2015 and to exclude time between November 14, 2014 and January16, 2015, under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately

Stipulation and Proposed Order re Excludable Time

1

1  4000 pages of documents.  The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

      b)    Further, counsel for all of the defendants have requested that the United States prepare plea agreements for the consideration of their clients.  The United States has presented offers to the defendants, who have all requested additional time to discuss the agreements with their clients and to consider the discovery provided as it relates to the provisions of the plea agreements.

      c)    Additionally, on October 1, 2014, new counsel for defendant Velardes-Zazueta was substituted.  He, along with other counsel, needs time to consult with their clients, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      d)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The United States does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 14, 2014 to January 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Proposed Order re Excludable Time

2

IT IS SO STIPULATED.

Dated: November 13, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

Dated: November 13, 2014

*/s/ Todd A. Pickles for*
CHRISTOPHER COSCA, ESQ.

Counsel for Defendant Jose Enrique Velardes Zazueta

Dated: November 13, 2014

*/s/ Todd A. Pickles for*
TIMOTHY WARRINER, ESQ.

Counsel for Defendant Francisco Parra Arrellanez

Dated: November 13, 2014

*/s/ Todd A. Pickles for*
DINA SANTOS, ESQ.

Counsel for Defendant Jovany Romo Arrellanes

Dated: November 13, 2014

*/s/ Todd A. Pickles for*
RICHARD DUDEK, ESQ.

Counsel for Defendant Efrain Padilla Pena

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge