BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00227 GEB |
|---|---|
| Plaintiff, | STIPULATION TO SET MATTER FOR CHANGE OF PLEA AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JOSE ENRIQUE VELARDES ZAZEUTA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jose Enrique Velardes-Zazueta, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 30, 2015.

2. By this stipulation, defendant now moves to continue this matter to February 6, 2015 at 9:30 a.m. for a change of plea hearing, and to exclude time between January 30, 2015 and February 6, 2015, under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a)  The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately 4000 pages of documents. The United States also represents that the discovery includes approximately 20 CDs of audio recordings, including intercepted communications, and transcripts and line reports. All

of this discovery has been produced directly to counsel.

        b)      The United States has presented a plea offer to the defendant, who will need to discuss the agreement with his clients and to consider the discovery provided as it relates to the provisions of the plea agreements.

        c)      Counsel for defendant believes that the failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The United States does not object to the continuance and setting the matter for change of plea.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2015 and February 6, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Proposed Order to Set
Change of Plea and re Excludable Time

IT IS SO STIPULATED.

Dated: January 29, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

Dated: January 29, 2015

/s/ Todd A. Pickles for
CHRISTOPHER COSCA, ESQ.

Counsel for Defendant Jose-Enrique Velardes

## ORDER

The Court ADOPTS the parties' stipulation. This matter is set for a change of plea hearing on February 6, 2015 at 9:30 a.m.

IT IS SO FOUND AND ORDERED.

Dated: January 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge