```
LAW OFFICES OF CHRIS COSCA
CHRIS COSCA    SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSE ENRIQUE VELARDES ZAZUETA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSE ENRIQUE VELARDES ZAZUETA,<br><br>    Defendant. | No. 2:013-CR-00227 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCE** |

### Stipulation

The parties, through their undersigned counsel, stipulate that the sentencing hearing currently scheduled for June 26, 2015 may be continued to July 10, 2015 at 9:00 a.m. Defense counsel requires additional time to prepare and develop facts relevant to judgment and sentencing herein. Probation Officer Paul Mamaril consents to this request.

```
DATED: June 2, 2015          By:  /s/ Chris Cosca
                                  Chris Cosca
                                  Attorney for Defendant
                                  JOSE ENRIQUE VELARDES ZAZUETA

DATED: June 2, 2015          By:  /s/ Chris Cosca for
                                  Todd Pickles
                                  Assistant U. S. Attorney
```

USA v. ZAZUETA- Stip to Con't J&S          1

**ORDER**

Good cause appearing,

The sentencing hearing currently scheduled for June 26, 2015 is continued to July 10, 2015 at 9:00 a.m.

Dated:   June 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

USA v. ZAZUETA- Stip to Con't J&S         2